skip to main content

Print

# CASE INFORMATION

## CV-20-941784 FAYZA PANNO vs. CLEVELAND METRO PARKS, ET AL

### Docket Information

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 01/26/2021 | P1 | MO | MOTION FILED FOR P1 FAYZA PANNO CHARLES A BAKULA 0058631 MOTION TO DISQUALIFY | 📄 |
| 01/19/2021 | D5 | MO | MOTION TO DISMISS FILED DEFENDANT FOPOLC'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT | 📄 |
| 01/13/2021 | N/A | SR | USPS RECEIPT NO. 43274552 DELIVERED BY USPS 01/04/2021 FRATERNAL ORDER OF POLICE PROCESSED BY COC 01/13/2021. | |
| 01/13/2021 | N/A | SR | USPS RECEIPT NO. 43274550 DELIVERED BY USPS 01/04/2021 SYLVIS/DONALD/ PROCESSED BY COC 01/13/2021. | |
| 01/13/2021 | N/A | SR | USPS RECEIPT NO. 43274548 DELIVERED BY USPS 01/04/2021 CLEVELAND METRO PARKS PROCESSED BY COC 01/13/2021. | |
| 01/06/2021 | N/A | SR | USPS RECEIPT NO. 43274551 DELIVERED BY USPS 12/31/2020 DOLAN/KATHERINE/ PROCESSED BY COC 01/06/2021. | |
| 12/22/2020 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 12/22/2020 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 12/22/2020 | D5 | CS | WRIT FEE | |
| 12/22/2020 | D5 | SR | SUMS COMPLAINT(43274552) SENT BY CERTIFIED MAIL. TO: FRATERNAL ORDER OF POLICE 222 EAST TOWN STREET COLUMBUS, OH 43215 | 📄 |
| 12/22/2020 | D4 | CS | WRIT FEE | |
| 12/22/2020 | D4 | SR | SUMS COMPLAINT(43274551) SENT BY CERTIFIED MAIL. TO: KATHERINE DOLAN 10452 ANGELINA DR. NORTH ROYALTON, OH 44133 | 📄 |
| 12/22/2020 | D3 | CS | WRIT FEE | |
| 12/22/2020 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 12/22/2020 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 12/22/2020 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 12/22/2020 | D3 | SR | SUMS COMPLAINT(43274550) SENT BY CERTIFIED MAIL. TO: DONALD SYLVIS 11815 CHIPPEWA RD. STRONGSVILLE, OH 44141 | 📄 |
| 12/22/2020 | D2 | CS | WRIT FEE | |
| 12/22/2020 | D2 | SR | SUMS COMPLAINT(43274549) SENT BY CERTIFIED MAIL. TO: DAVID FENSKE 10700 SHARON DR. PARMA, OH 44130 | 📄 |
| 12/22/2020 | D1 | CS | WRIT FEE | |
| 12/22/2020 | D1 | SR | SUMS COMPLAINT(43274548) SENT BY CERTIFIED MAIL. TO: CLEVELAND METRO PARKS 4101 FULTON PARKWAY CLEVELAND, OH 44144 | 📄 |
| 12/21/2020 | N/A | SF | JUDGE SHERRIE MIDAY ASSIGNED (RANDOM) | |
| 12/21/2020 | P1 | SF | LEGAL RESEARCH | |
| 12/21/2020 | P1 | SF | LEGAL NEWS | |
| 12/21/2020 | P1 | SF | LEGAL AID | |
| 12/21/2020 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 12/21/2020 | P1 | SF | COMPUTER FEE | |
| 12/21/2020 | P1 | SF | CLERK'S FEE | |
| 12/21/2020 | P1 | SF | DEPOSIT AMOUNT PAID CHARLES A BAKULA | |
| 12/21/2020 | N/A | SF | CASE FILED: COMPLAINT | 📄 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

Website Questions or Comments.

Copyright © 2021 PROWARE. All Rights Reserved. 1.1.254

**EXHIBIT B**