CUYAHOGA COUNTY COMMON PLEAS COURT
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| FAYZA PANNO, | ) | Case No. CV-20-941784 |
| | ) | |
| Plaintiff, | ) | JUDGE SHERRIE MIDAY |
| | ) | |
| -v- | ) | **DEFENDANTS' NOTICE OF** |
| | ) | **FILING NOTICE OF REMOVAL** |
| CLEVELAND METROPARKS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 1446(d), please take notice that on January 28, 2021, Defendants Board of Park Commissioners of the Cleveland Metropolitan Park District, incorrectly identified as Cleveland Metroparks, Don Sylvis, and Katherine Dolan filed a *Notice of Removal* of the captioned lawsuit in the United States District Court of the Northern District of Ohio. A time-stamped copy of the *Notice of Removal* is attached.

Dated January 28, 2021.

Respectfully submitted,

**ZASHIN & RICH CO., L.P.A.**

*s/ Stephen S. Zashin*
Stephen S. Zashin (0064557)
ssz@zrlaw.com
Lisa A. Kainec (0061551)
lak@zrlaw.com
950 Main Ave., 4th Floor
Cleveland, Ohio 44113
Tel.:   (216) 696-4441
Fax:   (216) 696-1618

*Attorneys for Defendants,*
BOARD OF PARK COMMISSIONERS OF THE CLEVELAND METROPOLITAN PARK DISTRICT, DON SYLVIS and KATHERINE DOLAN

**EXHIBIT C**

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, a copy of the foregoing document was filed with the Court's electronic filing system and will be served upon all parties via the Court's electronic filing system.

Respectfully submitted,

**ZASHIN & RICH CO., L.P.A.**

*s/ Stephen S. Zashin*
Stephen S. Zashin (0064557)

*One of the Attorneys for Defendants,*
BOARD OF PARK COMMISSIONERS
OF THE CLEVELAND METROPOLITAN PARK
DISTRICT, DON SYLVIS and KATHERINE DOLAN